UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONATO BAILON YANES, ) | |
| ) | |
| Petitioner, ) | CASE NO.   C04-1887C |
| ) | (CR03-452C) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | ORDER DENYING § 2255 MOTION |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, the government's response, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. #1) is DENIED.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 10th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION